UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DR. MING-LIANG LEE and YAHWEI LIAO LEE,

                Plaintiffs,

   -against-

RICHARD SCHRAGGER, SCHRAGGS CORP.,
D/B/A SUBWAY, and LUIS FERRELL, A
SCHRAGGS CORP. EMPLOYEE,

                Defendants.
------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

08 CV. 3421 (DC)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Schraggs Corp., d/b/a Subway, a private non-governmental party, certifies that it does not have any are corporate parents, subsidiaries, or affiliates which are publicly held.

Dated: New York, New York
       April 28, 2008

                              Respectfully submitted,

                              LANDMAN CORSI BALLAINE & FORD P.C.

                              By: _____
                                 Andrew P. Keaveney (AK-5718)
                                 Attorneys for Defendant
                                 120 Broadway, 27th Floor
                                 New York, New York 10271
                                 (212) 238-4800

417240.1 DocsNY

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    **MICHAEL S. GIOIA**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at PLAINVIEW, NEW YORK.

    That on the 28th day of April, 2008, deponent served the within **RULE 7.1 STATEMENT**

upon

        ROBINSON & YABLON
        Attorneys for Plaintiffs
        232 Madison Avenue, Suite 1200
        New York, New York 10016

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                              _____
                                Michael S. Gioia

Sworn to before me this
28th day of April, 2008

_____
    Notary

JELENA BRIGIDA
Notary Public, State of New York
No. 01BR6156932
Qualified in Kings County
Commission Expires Dec. 4, 2010

461116.1 DocsNY

Index No.   08 CV. 3421 (DC)   Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MING-LIANG LEE and YAHWEI LIAO LEE,

Plaintiffs,

v.

RICHARD SCHRAGGER, SCHRAGGS CORP., D/B/A SUBWAY, and FERRELL, A SCHRAGGS CORP. EMPLOYEE,

Defendants.

**RULE 7.1 STATEMENT**

Signature (Rule 130-1.1-a) _____

Print name beneath

LANDMAN CORSI BALLAINE & FORD P.C.
*Attorneys for* Defendant
*Office and Post Office Address, Telephone*
120 Broadway
NEW YORK, N.Y. 10271-0079
(212) 238-4800
FAX: (212) 238-4848

To

*Attorney(s) for*

Service of a copy of the within is hereby admitted.
Dated _____

......................................

*Attorney(s) for*

---

NOTICE OF ENTRY

PLEASE take notice that the within is a *(certified)* true copy of a duly entered in the office of the clerk of the within named court on

Dated,
Yours, etc.
LANDMAN CORSI BALLAINE & FORD P.C.
*Attorneys for*
*Office and Post Office Address*
120 Broadway
NEW YORK, N.Y. 10271-0079

To

*Attorney(s) for*

_____

NOTICE OF SETTLEMENT

PLEASE take notice that an order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court, at
on        M.
at
Dated,
Yours, etc.
LANDMAN CORSI BALLAINE & FORD P.C.
*Attorneys for*
*Office and Post Office Address*
120 Broadway
NEW YORK, N.Y. 10271-0079

To

*Attorney(s) for*