USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

MING-LIANG LEE and YAHWEI
LIAU LEE,

          Plaintiffs,      **ORDER**

    - against -        08 Civ. 3421 (DC)

RICHARD SCHRAGGER et al.,

          Defendants.

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        The parties appeared at a conference today.  It is HEREBY ORDERED as follows:

        (1) to date, defendants have represented (through counsel) that together they have only $3 million in insurance coverage and that neither the corporate defendant nor any individual defendant has any other additional insurance.  By August 26, 2008, defendant Richard Schragger shall confirm, in an affidavit signed under penalty of perjury, the amount of insurance coverage carried by himself in his individual capacity and by Schragg Corp., d/b/a Subway, and that defendants have no other insurance coverage;

        (2) plaintiffs shall provide defendants with signed interrogatory responses by August 26, 2008;

        (3) all discovery, fact and expert, shall be completed by December 5, 2008; a pre-trial conference will be held that date at 11 a.m.;

        (4) the parties will submit a joint pretrial order,

requests to charge, and proposed voir dire by January 8, 2009; and

(5) trial shall commence February 2, 2009, at 10 a.m.

SO ORDERED.

Dated:   New York, New York
         August 12, 2008

                                        DENNY CHIN
                                        United States District Judge