USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

MING-LIANG LEE and YAHWEI
LIAU LEE,

               Plaintiffs,

    - against -

RICHARD SCHRAGGER et al.,

               Defendants.
- - - - - - - - - - - - - - - - - -x

**ORDER**

08 Civ. 3421 (DC)

**CHIN, District Judge**

        The Court has received letters from plaintiffs' counsel dated July 8, 2008 (a misdate, as the letter was faxed to the Court on August 26, 2008), defendants' counsel dated August 26, 2008, and plaintiffs' counsel dated August 26, 2008.

        Plaintiffs request that I order the depositions noticed for September 3, 2008, to proceed as scheduled.  The request is denied.  While I understand plaintiffs' desire to personally attend the depositions before their return to Taiwan, I would expect plaintiffs' counsel to extend defendants the courtesy of rescheduling the depositions to a more convenient date. Defendants shall produce the three witnesses on a mutually convenient date on or before September 17, 2008.

        Defendants are ORDERED to provide the affidavit regarding insurance coverage no later than September 4, 2008.  If defendants fail to meet this deadline, sanctions will be imposed.

As for plaintiffs' request for further deadlines for defendants to respond, the parties are ordered to agree on a reasonable schedule.

SO ORDERED.

Dated:   New York, New York
         August 28, 2008

_____
DENNY CHIN
United States District Judge